UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FONTUS ORLWITCH, *Individually and on behalf of all others similarly situated*,<br><br>　　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>　　　　　　　　　　Defendant. | Civil Case No.: 2:20-cv-06283<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Fontus Orlwitch and counsel for Defendant Garda CL Atlantic that this action is settled. Therefore, the parties jointly submit this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case

| | |
|---|---|
| Dated:  April 6, 2021 | Dated:  April 6, 2021 |
| **LAW OFFICE OF**<br>**CHRISTOPHER Q. DAVIS ESQ.**<br>80 Broad Street, Suite 703<br>New York, NY 10004<br>646-430-7932 (direct)<br>646-349-2504 (fax)<br>rhaskell@workingsolutionsnyc.com<br><br>By: /s/ *Rachel M. Haskell*　　　　<br>　　　Rachel Haskell<br>*Attorneys for Plaintiff*<br>*Fontus Orlwitch* | **HOLLAND & KNIGHT LLP**<br>31 West 52nd Street<br>New York, New York 10019<br>Telephone:  917-854-9800<br>Facsimile: 212-385-9010<br>loren.forrest@hklaw.com<br><br>By: */s/ Loren L. Forrest, Jr.*　　　　<br>　　　Loren L. Forrest, Jr.<br>*Attorneys for the Defendant*<br>*Garda CL Atlantic* |

SO ORDERED

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dated: _____, 2021
_____
U.S.D. J.