UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FONTUS ORLWITCH, *Individually and on behalf of all others similarly situated*,<br><br>                              Plaintiffs,<br><br>-against-<br><br>GARDA CL ATLANTIC, INC.,<br><br>                              Defendant. | Civil Case No.: 2:20-cv-06283<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**FILED**<br>**CLERK**<br>8:29 am, Apr 07, 2021<br>**U.S. DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>**LONG ISLAND OFFICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff Fontus Orlwitch and counsel for Defendant Garda CL Atlantic that this action is settled. Therefore, the parties jointly submit this Stipulation of Dismissal of this action with prejudice, with each party to bear its own costs and fees. The parties request that the Clerk of Court now close this case

Dated: April 6, 2021

**LAW OFFICE OF
CHRISTOPHER Q. DAVIS ESQ.**
80 Broad Street, Suite 703
New York, NY 10004
646-430-7932 (direct)
646-349-2504 (fax)
rhaskell@workingsolutionsnyc.com

By: /s/ *Rachel M. Haskell*
        Rachel Haskell
*Attorneys for Plaintiff*
*Fontus Orlwitch*

Dated: April 6, 2021

**HOLLAND & KNIGHT LLP**
31 West 52nd Street
New York, New York 10019
Telephone: 917-854-9800
Facsimile: 212-385-9010
loren.forrest@hklaw.com

By: */s/ Loren L. Forrest, Jr.*
        Loren L. Forrest, Jr.
*Attorneys for the Defendant*
*Garda CL Atlantic*

The Clerk of the Court shall close this case.

SO ORDERED

  /s/Sandra J. Feuerstein
_____
U.S.D.J.

Dated: April 7, 2021

1